UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRATON LIDDELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:72CV00100 ERW |
| ) | |
| BOARD OF EDUCATION OF ) | |
| THE CITY OF ST. LOUIS, MISSOURI, ) | |
| et al., ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

This matter comes before the Court on the Special Administrative Board of the Transitional School District of the City of St. Louis's Motion to Substitute Parties pursuant to Federal Rule of Civil Procedure 25(c) [ECF No. 359]. The Motion asks the Court to substitute the Special Administrative Board of the Transitional School District of the City of St. Louis (SAB) as a party defendant in place of the Board of Education of the City of St. Louis, Missouri.

When the Missouri State Board of Education revoked the accreditation of St. Louis Public Schools in 2007, the SAB became the governing body of St. Louis Public Schools. Thus, the Board of Education of the City of St. Louis, Missouri, is no longer the proper party defendant. The Court finds that substitution of parties pursuant to Rule 25(c) is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the Special Administrative Board of the Transitional School District of the City of St. Louis's Motion to Substitute Parties pursuant to Federal Rule of Civil Procedure 25(c) [ECF No. 359] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Special Administrative Board of the Transitional School District of the City of St. Louis is substituted as a party defendant in place of the Board of Education of the City of St. Louis, Missouri.

Dated this    15th     day of November, 2011.

*[signature]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE