UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRATON LIDDELL, et al.<br>    Plaintiffs,<br><br>   vs.<br><br>BOARD OF EDUCATION OF<br>THE CITY OF ST. LOUIS, MISSOURI,<br>et al.,<br>    Defendants. | Case No. 4:72CV00100 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a Joint Motion to Approve Agreement Between the Parties and Enter the Agreement as a Court Order [ECF No. 360] that is offered by all parties, including Craton Liddell, et al., (Plaintiffs) and the Board of Education of the City of St. Louis, Missouri, et al., (Defendants).

The Court has reviewed the Joint Motion as well as the Agreement [ECF No. 360-1].  In addition, the Court conducted a teleconference on November 16, 2011 to provide all of the parties with an opportunity to voice any concerns.

The Court finds the Agreement furthers the goals of the 1999 settlement agreement [ECF No. 266].  The Court approves of and adopts all aspects of the Agreement and orders enforcement.  The Court retains jurisdiction over the matter to enforce the provisions of the Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Approve Agreement Between the Parties and Enter the Agreement as a Court Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all aspects of the Agreement [ECF No. 360-1] are adopted herein.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the matter to enforce the provisions of the Agreement.

Dated this  16th   day of November, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE