# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DERIC JAMES LIDDELL, et al.,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | No. 4:72CV00100 ERW |
| ) | |
| **SPECIAL ADMINISTRATIVE BOARD** ) | |
| **OF THE TRANSITIONAL SCHOOL** ) | |
| **DISTRICT OF ST. LOUIS, MISSOURI,** ) | |
| **et al.,** ) | |
| ) | |
| Defendant(s). ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a Joint Motion to Modify Consent Decree [ECF No. 370] to approve an agreement between all parties and enter the agreement as a Court ordered decree.

The Court has reviewed the Joint Motion as well as the Agreement [ECF No. 371-1] and attachments thereto and approves and adopts all aspects of the Agreement and orders enforcement. The Court retains jurisdiction over the matter to enforce the provisions of the Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Consent Decree [ECF No. 370] is **GRANTED**.

**IT IS FURTHER ORDERED** that all aspects of the Agreement [ECF No. 371-1] are adopted herein.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the provisions of the Agreement and for such other matters which may come before the Court.

So Ordered this 4th day of September, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED  STATES DISTRICT JUDGE