UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERIC JAMES LIDDELL, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:72CV00100 ERW |
| ) | |
| SPECIAL ADMINISTRATIVE BOARD ) | |
| OF THE TRANSITIONAL SCHOOL ) | |
| DISTRICT OF ST. LOUIS, MISSOURI, ) | |
| et al., ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a Motion to Modify Consent Judgment [ECF No. 373] to approve an agreement between all parties and enter the agreement as a court ordered decree.

The Court has reviewed the Joint Motion as well as the Agreement [ECF No. 373-4] and attachments thereto and approves all aspects of the Agreement and orders enforcement. The Court retains jurisdiction over the matter to enforce the provisions of the Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

Accordingly,

**IT IS HEREBY ORDERED** that Joint Motion to Modify Consent Judgment [ECF No. 373] is **GRANTED**.

**IT IS FURTHER ORDERED** that all aspects of the Agreement [ECF No. 373-4] are adopted herein.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the matter to enforce the provisions of the Agreement and for such matters which may come before the Court. So Ordered this 21st day of September, 2015.

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**