# Exhibit 4



**Missouri**
DEPARTMENT OF ELEMENTARY & SECONDARY
**EDUCATION**™

William R. Thornton • *General Counsel*

*205 Jefferson Street, P.O. Box 480 • Jefferson City, MO  65102-0480 • dese.mo.gov*

March 4, 2016


Jeffrey A. St. Omer
Special Administrative Board of the
Transitional School District of the City of St. Louis
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101

Veronica Johnson
Caldwell/NAACP Plaintiffs
Howard & Johnson, LLC
906 Olive Street, Suite 200
St. Louis, MO 63101

William A. Douthit
Liddell Plaintiffs
P.O. Box 6961
Chesterfield, MO 63006

Re:  Demand to the State/DESE to Cease Violating the Court's
     March 12, 1999 Order and the Desegregation Settlement
     Agreement in Liddell, et al. v. Board of Education

Dear Mr. St. Omer, Ms. Johnson and Mr. Douthit:

On January 28, 2016, Chris Koster, Missouri Attorney General, and Dr. Margie Vandeven, Commissioner of Education for the state of Missouri, received a demand letter from you.  As you know, the letter alleged that the State of Missouri and the Department of Elementary and Secondary Education ("DESE") were in violation of the above-mentioned Court's Order and the Desegregation Settlement Agreement in the Liddell, et al. v. Board of Education case.

James Layton, Solicitor General for the Missouri Attorney General, and I met with you on February 15, 2016, to discuss and possibly resolve this issue.  In addition, the demand letter stated an intention to pursue this matter in federal court after February 15, 2016.

March 4, 2016
Page 2

We believe that the State of Missouri is distributing funds in accordance with the Court's approved Desegregation Settlement Agreement and Missouri state statutes.

Respectfully,

William R. Thornton

c:      Dr. Margie Vandeven, Commissioner of Education
        Mr. Chris Koster, Missouri Attorney General
        Mr. James Layton, Solicitor General for the Attorney General of Missouri