UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRATON LIDDELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:72-CV-100 |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### THE STATE OF MISSOURI AND DESE'S ALTERNATIVE MOTION FOR ADDITIONAL TIME TO RESPOND TO THE CITY SCHOOL BOARD'S MOTION

In the event the Court denies the Motion to Strike that Defendant the State of Missouri has filed herewith, the State of Missouri and the Department of Elementary and Secondary Education ("DESE") request an additional forty-five (45) within which to file their opposition to the "Motion to Enforce Court Order Approving Settlement, to Enforce Settlement Agreement, and to Hold the State in Contempt" ("Board's Motion"). In support of this Motion, the Movants state as follows:

1. The State of Missouri has filed its Motion to Strike the Board's Motion and Suggestions in Support.

2. While the Motion to Strike should be granted for the reasons stated therein, if the Court denies the Motion to Strike and, instead, asserts

jurisdiction over the issues raised in the Board's Motion, then the State of Missouri and DESE will require additional time to prepare and file their opposition to the Board's Motion.

3. The State of Missouri and DESE request an additional forty-five (45) days within which to file their Opposition to the Board's Motion.

WHEREFORE, in the event the Court denies the Motion to Strike, the State of Missouri and the Department of Elementary and Secondary Education pray that the Court grant them an additional forty-five (45) days from the date of such denial within which to respond, on the merits or otherwise, to the Board's Motion.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/Henry F. Luepke*
Henry F. Luepke, #38782MO
Assistant Attorney General
Jeremiah J. Morgan, #50387MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7652
Facsimile: (314) 340-7029
Bud.Luepke@ago.mo.gov
*Attorneys for Defendant State of Missouri*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of April 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on counsel of record.

                                                       */s/Henry F. Luepke*