**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CRATON LIDDELL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:72-CV-100 HEA |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO AMEND BY INTERLINEATION**

COME NOW the Liddell Plaintiffs and the Caldwell/NAACP Plaintiffs and SAB and hereby move for this Court to grant them leave to amend their Joint Motion to Enforce Settlement and Hold the State in Contempt by interlineation to include in their prayer for relief on page 14 the following language to replace that currently appearing at subparagraph (4):  "(4) awarding Plaintiffs and SAB their attorneys' fees incurred in pursuing this Motion and prejudgment interest as permitted under Section 408.020 or other applicable law."

Given the current posture of the case – wherein the State has refused to respond on the merits and the Joint Motion to Enforce is still pending before the Court – no party will be prejudiced by this amendment.  This Court has permitted amendments by interlineation for such motions.  *See Epice Corp. v. Land Reutilization Authority of the City of St. Louis*, 2009 WL 3164427, *1, n. 1 (E.D. Mo., Sept. 28, 2009); *Henke v. ARCO Midcon, L.L.C.,* 2015 WL 58890, *5, n. 2 (E.D. Mo., Jan. 5, 2015).

2187659.3

WHEREFORE, the Liddell Plaintiffs and the Caldwell/NAACP Plaintiffs and SAB and pray for an Order from this Court granting them leave to amend their Joint Motion to Enforce Settlement and Hold the State in Contempt by interlineation to include in their prayer for relief the following language to replace that appearing at subparagraph (4):  "(4) awarding Plaintiffs and SAB their attorneys' fees incurred in pursuing this Motion and prejudgment interest as permitted under Section 408.020 or other applicable law."

Dated:  September 28, 2016           Respectfully submitted,

By:     /s/Bridget G. Hoy
    Ronald A. Norwood, 33841MO
    Bridget G. Hoy, 50733MO
    **LEWIS RICE LLC**
    600 Washington Avenue,
    Suite 2500
    St. Louis, Missouri 63101
    Telephone:  314-444-7759
    Facsimile:  314-612-7759
    rnorwood@lewisrice.com
    bhoy@lewisrice.com

*Attorneys for Defendant/Appellee Special Administrative Board of the Transitional School District of the City of St. Louis*

By:  /s/Veronica Johnson
Veronica Johnson
**HOWARD AND JOHNSON, LLC**
906 Olive Street, Ste. 200
St. Louis, MO  63101
Telephone:  314.454.1722
Facsimile:  314.454.1911
vjohnson@howardandjohnsonlaw.com

*Attorneys for Caldwell/NAACP Plaintiffs*

By:   /s/William A. Douthit
William A. Douthit
P.O. Box 6961
St. Louis, MO 63006-6961
Telephone: 314-434-7759
Facsimile:  314-434-7759
wadouthit@aol.com

*Attorneys for Liddell Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system this 28th day of September, 2016, upon all counsel of record.

  /s/ Bridget G. Hoy