**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CRATON LIDDELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:72-CV-100 HEA |
| ) | |
| BOARD OF EDUCATION OF THE ) | |
| CITY OF ST. LOUIS, MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL DECLARATION OF ANGELA BANKS
IN SUPPORT OF JOINT MOTION TO ENFORCE COURT ORDER APPROVING
SETTLEMENT AGREEMENT, TO ENFORCE THE SETTLEMENT
AGREEMENT, AND TO HOLD THE STATE IN CONTEMPT**

COME NOW the certified classes of plaintiffs, denominated throughout this case as the Caldwell-NAACP plaintiffs and the Liddell plaintiffs (hereinafter collectively referred to hereinafter as the "Private Plaintiffs"), and the Special Administrative Board of the Transitional School District of the City of St. Louis ("SAB") and hereby seek leave to file the Second Supplemental Declaration of Angela Banks, which document constitutes a supplementation of Exhibit 7A in support of the Joint Motion of Plaintiffs and Special Administrative Board to Enforce Court Order Approving Settlement Agreement, to Enforce the Settlement Agreement, and to Hold the State in Contempt (Doc. # 381)(hereinafter referred to as the "Joint Motion to Enforce").

As grounds for this Motion, the Private Plaintiffs and SAB state as follows:

1.  In filing their Joint Motion to Enforce (Doc. # 381), the Private Plaintiffs and SAB included a Declaration of Angela Banks (Doc. # 381-7), which

Declaration, *inter alia*, set forth the amounts of desegregation sales tax revenue at issue in this dispute based on the information that was then available. Because the 2015-2016 school year had not closed, at that time, Ms. Banks provided an estimate of the amount that would be due at the end of the 2015-2016 school year.

2. After that school year closed, and based upon receipt of additional information, Ms. Banks thereafter performed further calculations and on August 11, 2016, submitted a Revised and Supplemental Declaration (Exhibit 7A) setting forth amounts through the 2015-2016 school year. *See* ECF No. 419-1. No party objected and the Court granted leave to file the supplement. *See* ECF Nos. 422, 423.

3. With two additional years now having passed and in excess of an additional $16 million in dispute to date, in order to provide the Court with the most accurate and complete information based on the data presently available in support of the Joint Motion to Enforce, the Private Plaintiffs and SAB seek leave from this Court to submit a Second Supplemental Declaration of Angela Banks, which document is attached hereto as Exhibit 7B, and which exhibit should supplement the previously submitted Exhibit 7A.

WHEREFORE, the Private Plaintiffs and the Special Administrative Board of the Transitional School District of the City of St. Louis pray for an order from this Court granting them leave to file the Second Supplemental Declaration of Angela Banks, attached hereto as Exhibit 7B, in support of the Joint Motion of Plaintiffs and Special Administrative Board to Enforce Court Order Approving Settlement Agreement, to Enforce the Settlement Agreement, and to Hold the State in Contempt.

Dated:  September 25, 2018            Respectfully submitted,

By: */s/ Ronald A. Norwood*
Ronald A. Norwood, 33841MO
Bridget G. Hoy, 50733MO
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  314-444-7759
Facsimile:  314-612-7759
rnorwood@lewisrice.com
bhoy@lewisrice.com

*Attorneys for the Special Administrative Board of the Transitional School District of the City of St. Louis*

By: */s/ Veronica Johnson*
Veronica Johnson
**HOWARD AND JOHNSON, LLC**
906 Olive Street, Ste. 200
St. Louis, MO  63101
Telephone:  314-454-1722
Facsimile:  314-454-1911
vjohnson@howardandjohnsonlaw.com

*Attorneys for Caldwell/NAACP Plaintiffs*

3

By: */s/ William A. Douthit*
William A. Douthit
P.O. Box 6961
St. Louis, MO 63006-6961
Telephone: 314-434-7759
Facsimile:  314-434-7759
wadouthit@aol.com

*Attorneys for Liddell Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed and served via the Court's electronic filing system on counsel of record this 25th day of September, 2018.

*/s/ Ronald A. Norwood*

4