# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CRATON LIDDELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:72CV100 HEA |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Supplemental Suggestions in Support of the Motion to Intervene on Behalf of Charter Public School Parents and Children, [Doc. No. 449]. The Liddell Plaintiff Class, the Caldwell/NAACP Plaintiff Class and the Special Administrative Board of the Transitional School District of the City of St. Louis ("Joint Movants") oppose the Motion.

Intervening Movants advise the Court that they seek intervention solely to advocate against the relief sought in the Motion to Enforce Settlement filed in April 2016. On March 26, 2019, the Court granted the Motion to Strike this Motion. To date, Plaintiffs have not refiled the Motion to Enforce. As such, the Motion to Intervene as of Right is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Supplemental Suggestions in Support of the Motion to Intervene on behalf of Charter Public School Parents and Children, [Doc. No. 449], is denied as moot, without prejudice.

Dated this 15th day of July, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE