**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CRATON LIDDELL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:72-CV-100 HEA |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Douglas A. Copeland and Copeland Thompson Jeep, PC, and for his motion to withdraw as counsel of record states that he no longer serves as general counsel for any School District and no longer represents any party to this case, and therefore respectfully requests that the Court enter an order granting his motion to withdraw as counsel of record and relieving him for all further responsibility with respect to this action.

Respectfully submitted,

COPELAND THOMPSON JEEP PC

Douglas A. Copeland MBE 30851
231 S. Bemiston, Suite 1220
Clayton, Missouri 63105
314-726-1900
copeland@copelandthompson.com